**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-00476-CAD
§
RANDOLPH NITZ §
JODINE NITZ §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/31/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/05/2012        By: /s/ David P. Leibowitz
                                   (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: § Case No. 12-00476-CAD
§
RANDOLPH NITZ §
JODINE NITZ §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $4,053.00
*and approved disbursements of* $22.51
*leaving a balance on hand of[1] :* $4,030.49

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $4,030.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,013.25 | $0.00 | $1,013.25 |
| David P. Leibowitz, Trustee Expenses | $2.75 | $0.00 | $2.75 |

Total to be paid for chapter 7 administrative expenses: $1,016.00
Remaining balance: $3,014.49

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Remaining balance: $3,014.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $3,014.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $39,986.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $12,522.42 | $0.00 | $944.04 |
| 2 | Discover Bank | $16,555.00 | $0.00 | $1,248.04 |
| 3 | Sallie Mae | $8,666.21 | $0.00 | $653.32 |
| 4 | Nicor Gas | $100.19 | $0.00 | $7.55 |
| 5 | Capital One, N.A. | $2,142.76 | $0.00 | $161.54 |

Total to be paid to timely general unsecured claims: $3,014.49
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                        Case No. 12-00476-CAD
Randolph Nitz                                                 Chapter 7
Jodine Nitz
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1         User: mhenley               Page 1 of 3             Date Rcvd: Oct 10, 2012
                             Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2012.
db/jdb       +Randolph Nitz,   Jodine Nitz,   7814 Major Ave,   Burbank, IL 60459-1314
18339779     +Bank of America,   Attn: Bankruptcy Dept NC4-105-0299,   Po Box 26012,
               Greensboro, NC 27420-6012
19272734      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18339780     +Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
18339782     +Chela/Sallie Mae,   Attn: Claims Department,   Po Box 9500,   Wilkes-Barre, PA 18773-9500
18339783     +Citibank Usa,   Citicorp Credit Services/Attn: Centraliz,   Po Box 20363,
               Kansas City, MO 64195-0363
18339787     +Draper & Kramer Inc,   33 W Monroe St,   Chicago, IL 60603-5403
18339788     +Fst Usa Bk B / Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18339789      GM Card,   P.O. Box 80082,   Customer Center,   Salinas, CA 93912-0082
18339790     +HSBC,   Hsbc Card Services / Attn: Bankruptcy De,   Po Box 5213,   Carol Stream, IL 60197-5213
18339791     +Hsbc/bstby,   Po Box 5253,   Carol Stream, IL 60197-5253
18759351     +Jacqueline Pawlowski,   5057 Briatree Lane,   Apt. 103,   Burbank, IL 60459-3014
18339796     #Seterus,   PO Box 4121,   Beaverton, OR 97076-4121
18339797     +Student Loan Mkt Assn/Sallie Mae,   Attention: Claims Dept,   Po Box 9500,
               Wilkes-Barre, PA 18773-9500
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18339784      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 11 2012 03:14:53     Discover,   PO Box 30943,
               Salt Lake City, UT 84130
18339785      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 11 2012 03:14:53     Discover,   PO Box 3008,
               Cardmember Assistance,   New Albany, OH 43054-3008
18910257      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 11 2012 03:14:53     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
18339786     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 11 2012 03:14:53     Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
18339792      E-mail/Text: bnckohlsnotices@becket-lee.com Oct 11 2012 03:06:06    Kohl's,   PO Box 2983,
               Milwaukee, WI 53201-2983
18339793     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 11 2012 03:06:06    Kohls/capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18339794     +E-mail/Text: bankrup@nicor.com Oct 11 2012 03:05:13     Nicor Gas,
               Attention: Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
19191164     +E-mail/Text: bankrup@nicor.com Oct 11 2012 03:05:13     Nicor Gas,   Po box 549,
               Aurora il 60507-0549
18339795     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 11 2012 04:35:13    Sallie Mae,   PO Box 9532,
               Wilkes-Barre, PA 18773-9532
19066376     +E-mail/PDF: pa_dc_claims@salliemae.com Oct 11 2012 04:37:20    Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18339781*    +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: mhenley              Page 2 of 3            Date Rcvd: Oct 10, 2012
                              Form ID: pdf006            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 12, 2012**                           **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 3 of 3            Date Rcvd: Oct 10, 2012
                              Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2012 at the address(es) listed below:
          Andrew   Field    on behalf of Debtor Randolph Nitz ajosephfield@comcast.net,
           cpaiello@comcast.net;ajosephfield@aol.com
          Andrew J Nelson    on behalf of Creditor  Seterus, Inc. as servicer for Fannie Mae
           anelson@atty-pierce.com,   northerndistrict@atty-pierce.com
          Christopher M Brown    on behalf of Creditor   Seterus, Inc. as servicer for Federal National
           Mortgage Association northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                              TOTAL: 5