UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 1:12-bk-00476-CAD |
| | § | |
| RANDOLPH NITZ | § | |
| JODINE NITZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $222,140.58 | Assets Exempt: | $14,001.33 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,014.49 | Claims Discharged Without Payment: | $112,427.07 |
| Total Expenses of Administration: | $1,038.51 | | |

3) Total gross receipts of $4,053.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,053.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $222,140.58 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,038.51 | $1,038.51 | $1,038.51 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $113,782.67 | $39,986.58 | $39,986.58 | $3,014.49 |
| **Total Disbursements** | $335,923.25 | $41,025.09 | $41,025.09 | $4,053.00 |

4). This case was originally filed under chapter 7 on 01/08/2012. The case was pending for 14 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/12/2013    By:  /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Transfer to Jacqueline Pawlowski funds from Tax refund. | 1241-000 | $4,053.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,053.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seterus | 4110-000 | $222,140.58 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$222,140.58** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,013.25 | $1,013.25 | $1,013.25 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.75 | $2.75 | $2.75 |
| Green Bank | 2600-000 | NA | $22.51 | $22.51 | $22.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,038.51** | **$1,038.51** | **$1,038.51** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $11,997.47 | $12,522.42 | $12,522.42 | $944.04 |
| 2 | Discover Bank | 7100-000 | $15,568.22 | $16,555.00 | $16,555.00 | $1,248.04 |
| 3 | Sallie Mae | 7100-000 | $8,689.00 | $8,666.21 | $8,666.21 | $653.32 |
| 4 | Nicor Gas | 7100-000 | $38.00 | $100.19 | $100.19 | $7.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Capital One, N.A. | 7100-000 | $2,035.00 | $2,142.76 | $2,142.76 | $161.54 |
| | Bank of America | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Citibank Usa | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Discover Fin | 7100-000 | $15,887.00 | NA | NA | $0.00 |
| | Discover Fin | 7100-000 | $12,261.00 | NA | NA | $0.00 |
| | Draper & Kramer Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Fst Usa Bk B / Chase | 7100-000 | $0.00 | NA | NA | $0.00 |
| | GM Card | 7100-000 | $18,244.41 | NA | NA | $0.00 |
| | HSBC | 7100-000 | $18,430.00 | NA | NA | $0.00 |
| | Hsbc/bstby | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Kohl&#039;s | 7100-000 | $1,974.57 | NA | NA | $0.00 |
| | Sallie Mae | 7100-000 | $8,658.00 | NA | NA | $0.00 |
| | Student Loan Mkt Assn/Sallie Mae | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $113,782.67 | $39,986.58 | $39,986.58 | $3,014.49 |

FORM 1

Page No: 1

Case 12-00476  Doc 44  Filed 03/13/13  Entered 03/13/13 09:05:12  Desc Main
Document  Page 5 of 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No.: | 12-00476-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | NITZ, RANDOLPH AND NITZ, JODINE | Date Filed (f) or Converted (c): | 01/08/2012 (f) |
| For the Period Ending: | 3/12/2013 | §341(a) Meeting Date: | 02/23/2012 |
| | | Claims Bar Date: | 08/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Residence: Three bedroom brick bungalow with a full unfinished basement; one bath. Location: 7814 S. Major Avenue Burbank, IL 60459 | $222,140.58 | $0.00 | | $0.00 | FA |
| 2 Cash: Emergency cash on hand Location: 7814 S. Major Avenue Burbank, IL 60459 | $20.00 | $0.00 | | $0.00 | FA |
| 3 Checking Account: Account # **1693 Location: Archer Bank 4970 S. Archer Avenue Chicago, IL 60632 | $84.15 | $0.00 | | $0.00 | FA |
| 4 Savings Account: Account # **4862 Location: Archer Bank 4970 S. Archer Avenue Chicago, IL 60632 | $206.21 | $0.00 | | $0.00 | FA |
| 5 Furniture: 2 Bedroom Sets, 2 Sofas, Recliner, Kitchen Set Location: 7814 S. Major Avenue, Burbank, IL 60459 | $250.00 | $0.00 | | $0.00 | FA |
| 6 Appliances: Microwave, stove, Refrigerator, Mixer, Location: 7814 S. Major Avenue, Burbank, IL 60459 | $400.00 | $0.00 | | $0.00 | FA |
| 7 Household: Household Goods, Kitchenware, Location: 7814 S. Major Avenue Burbank, IL 60459 | $300.00 | $0.00 | | $0.00 | FA |
| 8 Audio-Video: Color TV, Stereo Location: 7814 S. Major Avenue Burbank, IL 60459 | $250.00 | $0.00 | | $0.00 | FA |
| 9 Office: Laptop, desk, 2 drawer filing cabinet Location: 7814 S. Major Avenue Burbank, IL 60459 | $300.00 | $0.00 | | $0.00 | FA |
| 10 Books-Music: Children's books, DVD's, Location: 7814 S. Major Avenue Burbank, IL 60459 | $100.00 | $0.00 | | $0.00 | FA |
| 11 Clothes: Attire for self, spouse and son Location: 7814 S. Major Avenue Burbank, IL 60459 | $300.00 | $0.00 | | $0.00 | FA |
| 12 Jewelry: Wedding Ring, Engagement Ring Location: 7814 S. Major Avenue Burbank, IL 60459 | $1,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 12-00476-CAD | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | NITZ, RANDOLPH AND NITZ, JODINE | **Date Filed (f) or Converted (c):** | 01/08/2012 (f) |
| **For the Period Ending:** | 3/12/2013 | **§341(a) Meeting Date:** | 02/23/2012 |
| | | **Claims Bar Date:** | 08/08/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 13  Sports-Hobby: Sporting Goods like football, basketball, soccerball, baseball and bat Location: 7814 S. Major Avenue Burbank, IL 60459 | $150.00 | $0.00 | | $0.00 | FA |
| 14  Retirement: Vanguard Rollover IRA- 805.47 Long Term Treasury 475.67 Emerging Markets Stk Indx 495.17 STAR Fund Location: Vanguard P.O. Box 2600 Valley Forge, PA 19482-2600 800-662-2739 | $1,776.31 | $0.00 | | $0.00 | FA |
| 15  Retirement: Putnam Fiduciary Trust Company 1229.76 IRA Rollover Plan#2925 2397.90 IRA Plan Acct #9093 Location: Putnam Investments 1-800-225-1581 www.putnam.com | $3,627.66 | $0.00 | | $0.00 | FA |
| 16  Auto: 2003 Pontiac Aztek 4D 2FWD with 42,347 miles, repaired in average condition. Location: 7814 S. Major Avenue Burbank, IL 60459 | $5,137.00 | $0.00 | | $0.00 | FA |
| 17  Animals: 2 ten year old cocker spaniels Location: 7814 S. Major Avenue Burbank, IL 60459 | $100.00 | $0.00 | | $0.00 | FA |
| 18  Transfer to Jacqueline Pawlowski funds from Tax refund.    (u) | $0.00 | $4,053.00 | | $4,053.00 | FA |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $236,141.91 | $4,053.00 | | $4,053.00 | $0.00 |

**Major Activities affecting case closing:**
Proof of claims bar date 8/8/2012
Prepare TDR

**Initial Projected Date Of Final Report (TFR):**                                                                                  /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                                                                              DAVID LEIBOWITZ

| Case No. | 12-00476-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | NITZ, RANDOLPH AND NITZ, JODINE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******3920 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | ******3921 | | Account Title: | |
| For Period Beginning: | 1/8/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/12/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/13/2012 | (18) | Randolph C. Nitz | Preference Transfer) | 1241-000 | $4,053.00 | | $4,053.00 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.16 | $4,049.84 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.53 | $4,043.31 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.52 | $4,036.79 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $6.30 | $4,030.49 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $7.13 | $4,023.36 |
| 08/31/2012 | | Green Bank | Reversal of Bank Service Fee | 2600-000 | | ($7.13) | $4,030.49 |
| 01/10/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,013.25 | $3,017.24 |
| 01/10/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.75 | $3,014.49 |
| 01/10/2013 | 3003 | Discover Bank | Claim #: 1; Amount Claimed: 12,522.42; Amount Allowed: 12,522.42; Distribution Dividend: 7.54; | 7100-000 | | $944.04 | $2,070.45 |
| 01/10/2013 | 3004 | Discover Bank | Claim #: 2; Amount Claimed: 16,555.00; Amount Allowed: 16,555.00; Distribution Dividend: 7.54; | 7100-000 | | $1,248.04 | $822.41 |
| 01/10/2013 | 3005 | Sallie Mae | Claim #: 3; Amount Claimed: 8,666.21; Amount Allowed: 8,666.21; Distribution Dividend: 7.54; | 7100-000 | | $653.32 | $169.09 |
| 01/10/2013 | 3006 | Nicor Gas | Claim #: 4; Amount Claimed: 100.19; Amount Allowed: 100.19; Distribution Dividend: 7.54; | 7100-000 | | $7.55 | $161.54 |
| 01/10/2013 | 3007 | Capital One, N.A. | Claim #: 5; Amount Claimed: 2,142.76; Amount Allowed: 2,142.76; Distribution Dividend: 7.54; | 7100-000 | | $161.54 | $0.00 |
| | | | **TOTALS:** | | $4,053.00 | $4,053.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,053.00 | $4,053.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,053.00 | $4,053.00 | |

| For the period of 1/8/2012 to 3/12/2013 | | For the entire history of the account between 04/13/2012 to 3/12/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,053.00 | Total Compensable Receipts: | $4,053.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,053.00 | Total Comp/Non Comp Receipts: | $4,053.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,053.00 | Total Compensable Disbursements: | $4,053.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,053.00 | Total Comp/Non Comp Disbursements: | $4,053.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 12-00476-CAD | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | NITZ, RANDOLPH AND NITZ, JODINE | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******3920 | | **Checking Acct #:** | ******7601 |
| **Co-Debtor Taxpayer ID #:** | ******3921 | | **Account Title:** | |
| **For Period Beginning:** | 1/8/2012 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/12/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,053.00 | $4,053.00 | $0.00 |

| For the period of 1/8/2012 to 3/12/2013 | | For the entire history of the case between 01/08/2012 to 3/12/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,053.00 | Total Compensable Receipts: | $4,053.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,053.00 | Total Comp/Non Comp Receipts: | $4,053.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,053.00 | Total Compensable Disbursements: | $4,053.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,053.00 | Total Comp/Non Comp Disbursements: | $4,053.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ